UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CINTASIA TOWNES,

                Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------ x

**NOTICE OF MOTION**

12 CV 3201 (BMC)

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Gabriel P. Harvis, the exhibit annexed thereto, and the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, before the Honorable Brian M. Cogan, United States District Judge, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be selected by the Court, for an order awarding attorneys' fees and other discretionary costs to plaintiff in the total amount of $15,152.43, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988, as follows:

      a.      Legal fees in the amount of $14,560.00;

      b.      Expenses in the amount of $592.43; and

      c.      Such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order dated December 4, 2012, opposition papers are to be filed by December 24, 2012.

Dated:	December 10, 2012
	New York, New York

										HARVIS WRIGHT
										SALEEM & FETT LLP

										_____
										Gabriel P. Harvis
										305 Broadway, 14th Floor
										New York, New York 10007
										(212) 323-6880
										gharvis@hwsflegal.com

										*Attorneys for Plaintiff Cintasia Townes*

To:	Morgan Kunz, Esq. (by ECF)